

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00267-CV

**IN THE INTEREST OF D.R., D.E.R., D.D.R., AND D.R.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02171
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief. In the brief, counsel states that after a professional evaluation of the record, counsel finds no reversible error, concludes the appeal is without merit and frivolous, and counsel attached a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal).

Counsel informed Appellant of his right to file a pro se brief and to request a free copy of the appellate record. Counsel provided Appellant with a form request for a free copy of the appellate record, and the form lacks only Appellant's contact information, date, and signature.

The State and the Attorney Ad Litem filed letters waiving their rights to file appellees' briefs unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we **order** Appellant to do so within **twenty days** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State and the Attorney Ad Litem may file responsive briefs not later than **twenty days** after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

The motion to withdraw is held in abeyance pending further order of this court.

It is so **ORDERED** on June 28, 2022.

PER CURIAM

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT